ORIGINAL (293)

**SEND**

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriela Romero<br><br>PLAINTIFF(S),<br><br>v.<br><br>A.H. Robins Company, Inc./ American Home Products Corporation<br><br>DEFENDANT(S). | **CASE NUMBER:**<br>CV 04-4358 NM (CTx)<br><br>RELATED GROUP CONTROL NUMBER<br>CV 97-6035 TJH (RCx)<br><br>**ORDER TO REASSIGN CASE PURSUANT TO SECTION 5.6 OF GENERAL ORDER 224** |

Pursuant to Section 5.6 of General Order 224, all related __A.H. Robins Company, Inc.__ cases have been assigned to Judge __Terry J. Hatter, Jr.__ to hear all proceedings through pretrial or for as long as the Judge feels appropriate.

Therefore, IT IS HEREBY ORDERED that the above-entitled case be transferred to the calendar of Judge __Terry J. Hatter, Jr.__

Dated: __6/29/04__

__Dickran Tevrizian__
CHAIR
RELATED CASE ASSIGNMENT COMMITTEE

The __A.H. Robbins Company, Inc.__ cases assigned to Judge __Terry J. Hatter, Jr.__ are as follows:

| | | |
|---|---|---|
| EDCV 04-746 RT (CTx) | CV 04-4409 DT (JTLx) | CV 04-4427 WJR (Mcx) |
| SACV 04-735 DOC (AJWx) | CV 04-4410 CAS (RZx) | CV 04-4451 DDP (MANx) |
| CV 04-4354 CAS (CTx) | CV 04-4411 DT (JWJx) | CV 04-4465 FMC (FMOx) |
| CV 04-4356 SVW (FMOx) | CV 04-4412 SJO (FMOx) | CV 04-4466 SVW (Ex) |
| CV 04-4358 NM (CTx) | CV 04-4414 PA (Mcx) | CV 04-4467 ABC (RCx) |
| CV 04-4369 R (SSx) | CV 04-4424 ABC (PJWx) | CV 04-4468 DT (Ex) |

## NOTICE TO COUNSEL FROM THE CLERK

Any discovery matters that are or may be referred to a Magistrate Judge are hereby referred to Magistrate Judge __Rosalyn M. Chapman__.

On all documents subsequently filed in this case, please substitute the initials __TJH (RCx)__ after the case number in place of the initials of the prior judge so that the case number will read

CV- __04-4358 TJH (RCx)__. This is very important because documents are routed to the assigned Judge by means of the initials.

(7)

CV-82 (11/98)   ORDER TO REASSIGN CASE PURSUANT TO SECTION 5.6 OF GENERAL ORDER 224
JUN 28 2004                                                                    ENTERED ON CM 6/30/04