PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 04-04358-TJH(RCx)**                                Dated: **July 5, 2004**

Title:   GABRIELA ROMERO -v- A. H. ROBINS COMPANY, INC./AMERICAN HOME PRODUCTS CORPORATION

PRESENT:   HONORABLE NORA M. MANELLA, U.S. DISTRICT JUDGE

| K. Leigh Ray | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                              None Present

PROCEEDINGS (IN CHAMBERS):     REFERENCE TO ADR PILOT PROGRAM VACATED

PLEASE TAKE NOTICE that on June 30, 2004, this case was reassigned to the Honorable Terry J. Hatter. Accordingly, reference of the above case to the Alternative Dispute Resolution Pilot Program, General Order 02-07, is vacated. All further settlement procedures in this action shall be pursuant to Local Civil Rule 16-14.

DOCKETED ON CM
JUL 6 2004
BY _____ 006

Initials of Deputy Clerk

MINUTES FORM 90
CIVIL - GEN
S:\JFW\LEIGH\DAT FORMS\CIVIL\_CV MO GEN IN CHAMBERS.FRM