

**A CERTIFIED TRUE COPY**
OCT - 8 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2004
DOCKET NO. 1203
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP 22 2004
FILED
CLERK'S OFFICE

SCANNED

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

GABRIELA ROMERO v. WYETH   CV04-04358 TJH(RCx)

(SEE ATTACHED SCHEDULE)

ENTERED
CLERK, U.S. DISTRICT COURT
OCT 2 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

### CONDITIONAL TRANSFER ORDER (CTO-129)

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,843 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997, (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F.Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 8 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

✓ DOCKETED
✓ MLD COPY PTYS
✓ MLD NOTICE PTYS
✓ JS-6

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 10-15-04
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

11

# SCHEDULE CTO-129 - TAG ALONG ACTIONS
# DOCKET NO. 1203
# IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

CALIFORNIA CENTRAL
- CAC 2 04-989 Karen Sabers v. Wyeth, et al.
- CAC 2 04-2179 Felicia Belk, et al. v. Wyeth, et al.
- CAC 2 04-2454 Denise Aguilar, et al. v. Wyeth, Inc., et al.
- CAC 2 04-2906 Saundra Diamond v. American Home Products Corp., et al.
- CAC 2 04-3013 Thelma G. Wilson v. Wyeth, et al.
- CAC 2 04-3054 Linda M. Bravo, et al. v. Wyeth, et al.
- CAC 2 04-3522 Connie Cummings v. American Home Products Corp., et al.
- CAC 2 04-3681 Marion F. Baxter v. Wyeth, et al.
- CAC 2 04-3729 Lonnie Smith v. American Home Products Corp., et al.
- CAC 2 04-3730 Shondra Eaton v. American Home Products Corp., et al.
- CAC 2 04-3732 Arlene F. Savich v. Wyeth, et al.
- CAC 2 04-3755 Hourieh Namin v. Wyeth Pharmaceuticals Inc., et al.
- CAC 2 04-3869 Heather Stillwell v. Wyeth, et al.
- CAC 2 04-3951 Carol Allison v. American Home Products Corp., et al.
- CAC 2 04-3953 Christine Fox-Dean v. American Home Products Corp., et al.
- CAC 2 04-4149 Rainy Safranek v. Wyeth, et al.
- CAC 2 04-4154 Sharon Lewis v. Wyeth, et al.
- CAC 2 04-4156 Taline Vartanian v. Wyeth, et al.
- CAC 2 04-4159 Della M. Wilbanks v. Wyeth, et al.
- CAC 2 04-4210 Larissa Matthews v. Wyeth, et al.
- CAC 2 04-4211 Janice Bennett v. Wyeth, et al.
- CAC 2 04-4212 Shirley Dipaola v. Wyeth, et al.
- CAC 2 04-4271 Cheryl L. Jackson v. Wyeth, Inc., et al.
- CAC 2 04-4272 Winnie J. York-Lomax v. Wyeth, Inc., et al.
- CAC 2 04-4274 E. Devra Lee Rutigliano v. Wyeth, Inc., et al.
- CAC 2 04-4293 Mary E. Zink v. Wyeth, Inc., et al.
- CAC 2 04-4297 George Federick Partridge, Jr. v. Wyeth, Inc., et al.
- CAC 2 04-4298 Jacqueline Julia Silverman v. Wyeth, Inc., et al.
- CAC 2 04-4301 Marieta Boodaghians v. Wyeth, et al.
- CAC 2 04-4304 Nina Ware v. Wyeth, et al.
- CAC 2 04-4307 Dan Diaz v. Wyeth, et al.
- CAC 2 04-4321 Esther M.F Sillands v. Wyeth, Inc., et al.
- CAC 2 04-4324 Beverly L. Hooker, et al. v. Wyeth, Inc, et al.
- CAC 2 04-4325 Thomas P. Camperos v. Wyeth, Inc, et al.
- CAC 2 04-4326 Edgar Hart, et al. v. Wyeth, Inc, et al.
- CAC 2 04-4328 Cecilia Torres v. Wyeth, et al.
- CAC 2 04-4329 Elen Snortland v. Wyeth, et al.
- CAC 2 04-4348 Graciela Nevarez v. Wyeth, et al.
- CAC 2 04-4349 Marsha Hoffman, et al. v. Wyeth, et al.
- CAC 2 04-4350 Barbara Swinburn, et al. v. Wyeth, et al.

SCHEDULE OF ACTIONS (CTO-129) - DOCKET NO. 1203                          PAGE 2 OF 13

DISTRICT DIV. C.A.#

| | | | |
|---|---|---|---|
| CAC | 2 | 04-4354 | James Seymour, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4356 | Eulonda Weston, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4358 | Gabriela Romero, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4369 | Michael Nunn, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4391 | Abenicio I. Rael v. Wyeth, et al. |
| CAC | 2 | 04-4409 | Susan Jones, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4410 | Karen McAbee v. Wyeth, et al. |
| CAC | 2 | 04-4411 | Lydia Waters v. Wyeth, et al. |
| CAC | 2 | 04-4412 | Shannon Wilkinson v. Wyeth, et al. |
| CAC | 2 | 04-4424 | Leticia Alvarado v. Wyeth, et al. |
| CAC | 2 | 04-4427 | Dollie Farris v. Wyeth, et al. |
| CAC | 2 | 04-4451 | Joanna Testa v. Wyeth, et al. |
| CAC | 2 | 04-4465 | Sane Washington v. Wyeth, et al. |
| CAC | 2 | 04-4466 | Maryalice Toby v. Wyeth, et al. |
| CAC | 2 | 04-4467 | Madeline Millhollon v. Wyeth, et al. |
| CAC | 2 | 04-4468 | John Wyckaert v. Wyeth, et al. |
| CAC | 2 | 04-4470 | Michael McClure, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4486 | Terry Dombrosky v. Wyeth, et al. |
| CAC | 2 | 04-4487 | Gary Glick, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4489 | Stephen Haas, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4491 | Steven Williamson, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4511 | Samuel E. Miles v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4513 | Janice Welch v. Wyeth, et al. |
| CAC | 2 | 04-4515 | Clifford A. McKenzie, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4517 | Dawn M. Balding v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4547 | Brenda Albertz-Crocker v. Wyeth, et al. |
| CAC | 2 | 04-4553 | Albert Presidio, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4577 | Mary Bennett v. Wyeth, et al. |
| CAC | 2 | 04-4579 | Paul Amorino, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4581 | Cynthia Culp v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4582 | Kathy Krauss, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4584 | Mary L. Wiltshire v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4587 | Christine Riesen v. Wyeth, et al. |
| CAC | 2 | 04-4614 | Peter Demel, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4616 | Charles Shea, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4620 | Rosie Tonga v. Wyeth, et al. |
| CAC | 2 | 04-4621 | Karen K. Perry v. American Home Products Corp., et al. |
| CAC | 2 | 04-4622 | Robin Brandon v. Wyeth, et al. |
| CAC | 2 | 04-4623 | Jo Ann Loveland v. Wyeth, et al. |
| CAC | 2 | 04-4624 | Susan E. Huthmacher v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4625 | David Villa v. Wyeth, et al. |
| CAC | 2 | 04-4627 | Kelly Mercado, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4629 | Sue Moonsamy v. American Home Products Corp., et al. |
| CAC | 2 | 04-4632 | Christy R. Foley v. American Home Products Corp., et al. |
| CAC | 2 | 04-4634 | Louise Tyndall v. Wyeth, et al. |
| CAC | 2 | 04-4646 | Henrietta Clark v. Wyeth, et al. |
| CAC | 2 | 04-4647 | Ana Maria Gochez, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4649 | Charlene Handel v. Wyeth, et al. |
| CAC | 2 | 04-4662 | Angelica Espinoza v. Wyeth, et al. |
| CAC | 2 | 04-4664 | Jinia Espino v. Wyeth, et al. |
| CAC | 2 | 04-4677 | Dimitri Constas, et al. v. Wyeth, et al. |

SCANNED

SCHEDULE OF ACTIONS (CTO-129) - DOCKET NO. 1203         PAGE 3 OF 13

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-4678 | Roberta L. Bradley v. Wyeth, et al. |
| CAC | 2 | 04-4679 | Joseph Hartman, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4700 | Linda Holguin v. Wyeth, et al. |
| CAC | 2 | 04-4709 | Hattie Linton v. Wyeth, et al. |
| CAC | 2 | 04-4717 | Michelle Mato v. Wyeth, et al. |
| CAC | 2 | 04-4719 | Cherilyn Masson, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4720 | Tawnia Cunningham v. Wyeth, et al. |
| CAC | 2 | 04-4737 | Patty Wade, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4742 | Thelma Barbour, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4743 | Rebel Aitchison, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4746 | Patricia M. Schow v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4747 | Antoinette M. Coppolella, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4757 | Kelly Hustis v. Wyeth, et al. |
| CAC | 2 | 04-4758 | Sean Harrison v. Wyeth, et al. |
| CAC | 2 | 04-4785 | Diane Salvi v. Wyeth, et al. |
| CAC | 2 | 04-4787 | Lisa Stafford, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4800 | Ralston Robertson, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4801 | Norma Sandoval v. Wyeth, et al. |
| CAC | 2 | 04-4808 | Ann Glucroft v. Wyeth, Inc., et al. |
| CAC | 2 | 04-4809 | Kelvin Crowder v. American Home Products Corp., et al. |
| CAC | 2 | 04-4811 | William Partrite v. American Home Products Corp., et al. |
| CAC | 2 | 04-4858 | Charles Duran, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4859 | Henry Thamas, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4916 | Vicki Gustafson v. Wyeth, et al. |
| CAC | 2 | 04-4917 | Dalton Clayton v. Wyeth, et al. |
| CAC | 2 | 04-4922 | Arnold Barraza v. Wyeth, et al. |
| CAC | 2 | 04-4924 | Sylvia Boghossian v. Wyeth, et al. |
| CAC | 2 | 04-4925 | Jennifer Caesar v. Wyeth, et al. |
| CAC | 2 | 04-4927 | Linda Calderon v. Wyeth, et al. |
| CAC | 2 | 04-4930 | Christy Hornsby v. Wyeth, et al. |
| CAC | 2 | 04-4932 | Maritza Hernandez v. Wyeth, et al. |
| CAC | 2 | 04-4934 | Renee Townsend v. Wyeth, et al. |
| CAC | 2 | 04-4935 | Veronica A. Cardenas v. Wyeth, et al. |
| CAC | 2 | 04-4936 | Florence Rowe v. Wyeth, et al. |
| CAC | 2 | 04-4940 | Robert Fink, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4942 | Sandra Rivera v. Wyeth, et al. |
| CAC | 2 | 04-4944 | Howard Blacknell v. Wyeth |
| CAC | 2 | 04-4946 | Jeff Peterson, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4947 | Charlene S. Wright v. Wyeth, et al. |
| CAC | 2 | 04-4948 | Virginia Mora v. Wyeth, et al. |
| CAC | 2 | 04-4977 | Charles Duke, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4981 | Isabelle Chemla v. American Home Products Corp., et al. |
| CAC | 2 | 04-4982 | Rosemary Pena, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4984 | Connie Martinez v. Wyeth, et al. |
| CAC | 2 | 04-4987 | Glenna Stotts-Hotchkiss v. American Home Products Corp., et al. |
| CAC | 2 | 04-4988 | Don R. Jordan v. American Home Products Corp., et al. |
| CAC | 2 | 04-4990 | Claudia King, et al. v. American Home Products Corp., et al. |
| CAC | 2 | 04-4992 | Carol Jendreas v. Wyeth, et al. |
| CAC | 2 | 04-4995 | Jane K. Reilly, et al. v. Wyeth, et al. |
| CAC | 2 | 04-4996 | Lafonda Williams v. Wyeth, et al. |
| CAC | 2 | 04-4997 | Brian Goddard, et al. v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-4998 | Margie Thompson v. Wyeth, et al. |
| CAC | 2 | 04-5000 | Eileen Hollingsworth v. Wyeth, et al. |
| CAC | 2 | 04-5001 | Nita Lauer v. Wyeth, et al. |
| CAC | 2 | 04-5002 | Kristine Carroll v. Wyeth, et al. |
| CAC | 2 | 04-5003 | Edward Wisnewski v. Wyeth, et al. |
| CAC | 2 | 04-5004 | Darlene Padgett v. Wyeth, et al. |
| CAC | 2 | 04-5005 | Eddie Nixon v. Wyeth, et al. |
| CAC | 2 | 04-5007 | Johnelle Martinez v. Wyeth, et al. |
| CAC | 2 | 04-5008 | Leann Jeri Jones v. Wyeth, et al. |
| CAC | 2 | 04-5009 | Doris Chapman v. Wyeth, et al. |
| CAC | 2 | 04-5010 | Carol Tzimbal v. Wyeth, et al. |
| CAC | 2 | 04-5011 | Joe Miguel v. Wyeth, et al. |
| CAC | 2 | 04-5012 | Sharon Hampton v. Wyeth, et al. |
| CAC | 2 | 04-5013 | Bobby Dutta v. Wyeth, et al. |
| CAC | 2 | 04-5015 | Lenora Yancy v. Wyeth, et al. |
| CAC | 2 | 04-5018 | Danny Hamilton v. Wyeth, et al. |
| CAC | 2 | 04-5019 | Linda Glass v. Wyeth, et al. |
| CAC | 2 | 04-5038 | Suzanne Aragon, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5056 | Rebekah T. Bradshaw v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5061 | Regina Castillo v. Wyeth, et al. |
| CAC | 2 | 04-5066 | Carolyn Benson v. Wyeth, et al. |
| CAC | 2 | 04-5067 | Julie Carter v. Wyeth, et al. |
| CAC | 2 | 04-5068 | Mimosa Cain v. Wyeth, et al. |
| CAC | 2 | 04-5069 | Shawnie Anthony v. Wyeth, et al. |
| CAC | 2 | 04-5074 | Heidi Becker v. Wyeth, et al. |
| CAC | 2 | 04-5075 | Dwan Beckham v. Wyeth, et al. |
| CAC | 2 | 04-5077 | Cynthia Gaeta v. Wyeth, et al. |
| CAC | 2 | 04-5078 | Merle Berg v. Wyeth, et al. |
| CAC | 2 | 04-5079 | Sandra Decker v. Wyeth, et al. |
| CAC | 2 | 04-5080 | Kathrene Farve v. Wyeth, et al. |
| CAC | 2 | 04-5086 | Judith Gingrich v. Wyeth, et al. |
| CAC | 2 | 04-5087 | Cynthia Covington v. Wyeth, et al. |
| CAC | 2 | 04-5088 | Darren Averitt v. Wyeth, et al. |
| CAC | 2 | 04-5094 | Allyson Montague v. Wyeth, et al. |
| CAC | 2 | 04-5103 | Rosie Fabela v. Wyeth, et al. |
| CAC | 2 | 04-5125 | Karen Daum v. Wyeth, et al. |
| CAC | 2 | 04-5126 | Janet Clayton v. Wyeth, et al. |
| CAC | 2 | 04-5127 | Janet Anderson v. Wyeth, et al. |
| CAC | 2 | 04-5128 | Sylvia Coronado v. Wyeth, et al. |
| CAC | 2 | 04-5132 | Jan Gibson v. Wyeth, et al. |
| CAC | 2 | 04-5134 | Mattie Cloyd v. Wyeth, et al. |
| CAC | 2 | 04-5136 | Stephanie Ducaine v. Wyeth, et al. |
| CAC | 2 | 04-5137 | Robert Rifkin v. Wyeth, et al. |
| CAC | 2 | 04-5139 | Susan Buck v. Wyeth, et al. |
| CAC | 2 | 04-5140 | Jennifer Daniels v. Wyeth, et al. |
| CAC | 2 | 04-5141 | Eileen Baker v. Wyeth, et al. |
| CAC | 2 | 04-5142 | Janet Clark-Klouzal v. Wyeth, et al. |
| CAC | 2 | 04-5145 | Ted Borowinski v. Wyeth, et al. |
| CAC | 2 | 04-5146 | Angie Brucelas v. Wyeth, et al. |
| CAC | 2 | 04-5147 | Lynn Banuelos v. Wyeth, et al. |
| CAC | 2 | 04-5148 | Floria Brown v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5150 | William Spoerer v. Wyeth, et al. |
| CAC | 2 | 04-5151 | Lyle Salute v. Wyeth, et al. |
| CAC | 2 | 04-5152 | Rita Peters v. Wyeth, et al. |
| CAC | 2 | 04-5153 | Raul Salcido v. Wyeth, et al. |
| CAC | 2 | 04-5155 | Cynthia M. Romero v. Wyeth Inc., et al. |
| CAC | 2 | 04-5156 | Judy Chacon v. Wyeth, et al. |
| CAC | 2 | 04-5158 | Nancy Sorchini v. Wyeth, et al. |
| CAC | 2 | 04-5160 | Linda Munro v. Wyeth, et al. |
| CAC | 2 | 04-5161 | Molly Soklin v. Wyeth, et al. |
| CAC | 2 | 04-5162 | Leslie Taitelbaum v. Wyeth, et al. |
| CAC | 2 | 04-5163 | Nydia Hall v. Wyeth, et al. |
| CAC | 2 | 04-5164 | Kelly Sperling v. Wyeth, et al. |
| CAC | 2 | 04-5165 | Christy Kochan v. Wyeth, et al. |
| CAC | 2 | 04-5169 | Seaton Blanco, et al. v. Wyeth, et al. |
| CAC | 2 | 04-5226 | Myron Brown v. Wyeth, et al. |
| CAC | 2 | 04-5228 | Colleen Andrada, et al. v. American Home Products Corp., et al. |
| CAC | 2 | 04-5229 | Carolyn J. Frost v. American Home Products Corp., et al. |
| CAC | 2 | 04-5232 | Christine Lopez v. Wyeth, et al. |
| CAC | 2 | 04-5233 | Patience Shaw v. American Home Products Corp., et al. |
| CAC | 2 | 04-5234 | Sandra Keesey v. Wyeth, et al. |
| CAC | 2 | 04-5235 | Albert Lauziere v. Wyeth, et al. |
| CAC | 2 | 04-5236 | Renae Tackett v. Wyeth, et al. |
| CAC | 2 | 04-5237 | Betty Taylor v. Wyeth, et al. |
| CAC | 2 | 04-5238 | Ray Nunez v. Wyeth, et al. |
| CAC | 2 | 04-5239 | Judy Read v. Wyeth, et al. |
| CAC | 2 | 04-5240 | Irene Hughes v. Wyeth, et al. |
| CAC | 2 | 04-5241 | Robert Nagaoka v. Wyeth, et al. |
| CAC | 2 | 04-5242 | Ines Alvarenga v. Wyeth, et al. |
| CAC | 2 | 04-5244 | Camille J. Cordes-Sexton, et al. v. Ameircan Home Products Corp., et al. |
| CAC | 2 | 04-5245 | Karen Oliver, et al. v. American Home Products Corp., et al. |
| CAC | 2 | 04-5246 | Vicki Ray v. Wyeth, et al. |
| CAC | 2 | 04-5247 | Kathryne E. Lucas, et al. v. American Home Products Corp., et al. |
| CAC | 2 | 04-5248 | Barbara Lavender v. Wyeth, et al. |
| CAC | 2 | 04-5251 | Michael Dutra, et al. v. American Home Products Corp., et al. |
| CAC | 2 | 04-5256 | Leslie Cory v. AHP Subsidiary Holding Corp., et al. |
| CAC | 2 | 04-5257 | Claire Berg v. Wyeth, et al. |
| CAC | 2 | 04-5258 | June King v. Wyeth, et al. |
| CAC | 2 | 04-5260 | Lari Moore v. Wyeth, et al. |
| CAC | 2 | 04-5261 | Keith Owen, Jr. v. Wyeth, et al. |
| CAC | 2 | 04-5262 | Arlena Richardson v. Wyeth, et al. |
| CAC | 2 | 04-5263 | Laurie Milburn v. Wyeth, et al. |
| CAC | 2 | 04-5265 | Richard Caruso v. Wyeth, et al. |
| CAC | 2 | 04-5266 | Betty Wilson v. Wyeth, et al. |
| CAC | 2 | 04-5267 | Donna Brown v. Wyeth, et al. |
| CAC | 2 | 04-5268 | Kellie Wagner v. Wyeth, et al. |
| CAC | 2 | 04-5271 | Theresa Conkling v. Wyeth, et al. |
| CAC | 2 | 04-5272 | Joyce Cole v. Wyeth, et al. |
| CAC | 2 | 04-5273 | Doris Allen v. Wyeth, et al. |
| CAC | 2 | 04-5274 | Kathy Gioulis v. Wyeth, et al. |
| CAC | 2 | 04-5275 | Elisa Granados v. Wyeth, et al. |
| CAC | 2 | 04-5276 | Susan Cuevas v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5277 | Toby Fienstein v. Wyeth, et al. |
| CAC | 2 | 04-5278 | Joyce Cole v. Wyeth, et al. |
| CAC | 2 | 04-5322 | Sharon Garrett v. Wyeth, et al. |
| CAC | 2 | 04-5323 | Dan G. Burns v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5324 | Maria Lourdes Virgen v. Wyeth, et al. |
| CAC | 2 | 04-5327 | Paulette Guyer v. Wyeth, et al. |
| CAC | 2 | 04-5328 | Lela Jones v. Wyeth, et al. |
| CAC | 2 | 04-5329 | Robert Swager v. Wyeth, et al. |
| CAC | 2 | 04-5330 | Laura Williams v. Wyeth, et al. |
| CAC | 2 | 04-5331 | Failautusi Tautolo v. Wyeth |
| CAC | 2 | 04-5332 | Carey Buckles v. Wyeth, et al. |
| CAC | 2 | 04-5333 | Charlene Williams v. Wyeth, et al. |
| CAC | 2 | 04-5334 | Helen Drozdziak v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5336 | Roberta Waller v. Wyeth, et al. |
| CAC | 2 | 04-5337 | Dennis Myskow v. Wyeth, et al. |
| CAC | 2 | 04-5338 | Lydia Mendez v. Wyeth, et al. |
| CAC | 2 | 04-5339 | Sharon Michelsen v. Wyeth, et al. |
| CAC | 2 | 04-5340 | Sylvia Loza v. Wyeth, et al. |
| CAC | 2 | 04-5341 | Jackie Henning v. Wyeth, et al. |
| CAC | 2 | 04-5343 | Sandi Linder v. Wyeth, et al. |
| CAC | 2 | 04-5344 | Roberta Gutierrez v. Wyeth, et al. |
| CAC | 2 | 04-5345 | Mary Gutierrez v. Wyeth, et al. |
| CAC | 2 | 04-5346 | Gregory Hawkinson v. Wyeth, et al. |
| CAC | 2 | 04-5347 | Iris Jacobberger v. Wyeth, et al. |
| CAC | 2 | 04-5348 | Elizabeth Huff v. Wyeth, et al. |
| CAC | 2 | 04-5349 | Vivian Pooler v. Wyeth, et al. |
| CAC | 2 | 04-5350 | Colleen Zalesny v. Wyeth, et al. |
| CAC | 2 | 04-5351 | Edith Tyler v. Wyeth, et al. |
| CAC | 2 | 04-5353 | Bethanie Jeness Williams v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5354 | Mary Schilling v. Wyeth, et al. |
| CAC | 2 | 04-5356 | Karen Rose v. Wyeth, et al. |
| CAC | 2 | 04-5357 | Barbara Barksdale v. Wyeth, et al. |
| CAC | 2 | 04-5358 | Sharon Evans v. Wyeth, et al. |
| CAC | 2 | 04-5359 | Tema Merback v. Wyeth, et al. |
| CAC | 2 | 04-5361 | Dionne Cole v. Wyeth, et al. |
| CAC | 2 | 04-5366 | James McManus v. Wyeth, et al. |
| CAC | 2 | 04-5367 | Phyllis Hebbard v. Wyeth, et al. |
| CAC | 2 | 04-5368 | Patricia Castro v. Wyeth, et al. |
| CAC | 2 | 04-5369 | Gara Morton v. Wyeth, et al. |
| CAC | 2 | 04-5370 | Claudia Strobel v. Wyeth, et al. |
| CAC | 2 | 04-5371 | Ken Grosser v. Wyeth, et al. |
| CAC | 2 | 04-5372 | Carolyn Arroyo v. Wyeth, et al. |
| CAC | 2 | 04-5373 | Raquel Godinez v. Wyeth, et al. |
| CAC | 2 | 04-5374 | Sandy Byers v. Wyeth, et al. |
| CAC | 2 | 04-5375 | Debbie Purcella v. Wyeth, et al. |
| CAC | 2 | 04-5376 | Carol Labastida v. Wyeth, et al. |
| CAC | 2 | 04-5377 | Luella Spencer v. Wyeth, et al. |
| CAC | 2 | 04-5378 | Sheryl Smith v. Wyeth, et al. |
| CAC | 2 | 04-5379 | Rosemary Raguse v. Wyeth, et al. |
| CAC | 2 | 04-5381 | Sheryl Greenhouse v. Wyeth, et al. |
| CAC | 2 | 04-5383 | Vivian Tyree v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5385 | Sharon Timms v. Wyeth, et al. |
| CAC | 2 | 04-5387 | Joan Gates v. Wyeth, et al. |
| CAC | 2 | 04-5388 | James Saxton v. Wyeth, et al. |
| CAC | 2 | 04-5390 | Barry Emeneger v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5391 | Christine Kendrick v. Wyeth, et al. |
| CAC | 2 | 04-5392 | Gillian Billetter v. Wyeth, et al. |
| CAC | 2 | 04-5393 | Doris Hendricks v. Wyeth, et al. |
| CAC | 2 | 04-5394 | Sandra Narron v. Wyeth, et al. |
| CAC | 2 | 04-5395 | Terry McClaren v. Wyeth, et al. |
| CAC | 2 | 04-5396 | Marshall Mattox v. Wyeth, et al. |
| CAC | 2 | 04-5397 | Deborah Sawka v. Wyeth, et al. |
| CAC | 2 | 04-5398 | Cheryl Skogen v. Wyeth, et al. |
| CAC | 2 | 04-5399 | Richard Nelson v. Wyeth, et al. |
| CAC | 2 | 04-5401 | Linda Scarangello v. Wyeth, et al. |
| CAC | 2 | 04-5402 | Linda McDermott v. Wyeth, et al. |
| CAC | 2 | 04-5403 | James Moore v. Wyeth, et al. |
| CAC | 2 | 04-5404 | Stephanie Fields v. Wyeth, et al. |
| CAC | 2 | 04-5405 | Carol Fergeson v. Wyeth, et al. |
| CAC | 2 | 04-5406 | Lisa Clayton v. Wyeth, et al. |
| CAC | 2 | 04-5407 | Sandra White v. Wyeth, et al. |
| CAC | 2 | 04-5408 | Patricia King v. Wyeth, et al. |
| CAC | 2 | 04-5409 | Carolyn Koepke v. Wyeth, et al. |
| CAC | 2 | 04-5410 | Joan Bolton v. Wyeth, et al. |
| CAC | 2 | 04-5411 | Jodi Wellington v. Wyeth, et al. |
| CAC | 2 | 04-5412 | Nancy Jordan v. Wyeth, et al. |
| CAC | 2 | 04-5418 | Michael Aicher v. Wyeth, et al. |
| CAC | 2 | 04-5420 | Robert Mosley v. Wyeth, et al. |
| CAC | 2 | 04-5421 | Deborah Villalvazo v. Wyeth, et al. |
| CAC | 2 | 04-5422 | Carole Roberts v. Wyeth, et al. |
| CAC | 2 | 04-5423 | Robert Haddox, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5425 | Roberta Kooistra v. Wyeth, et al. |
| CAC | 2 | 04-5429 | Hattie S. Little v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5431 | Barbara Spaulding v. Wyeth, et al. |
| CAC | 2 | 04-5444 | Karen Kushman v. Wyeth, et al. |
| CAC | 2 | 04-5450 | Cynthia Koval v. Wyeth, et al. |
| CAC | 2 | 04-5510 | Victor Gables v. Wyeth, et al. |
| CAC | 2 | 04-5511 | Geraldine Sakata v. Wyeth, et al. |
| CAC | 2 | 04-5512 | Jeffie Fisher v. Wyeth, et al. |
| CAC | 2 | 04-5514 | Maya Thompson v. Wyeth, et al. |
| CAC | 2 | 04-5516 | Yvette Barela v. Wyeth, et al. |
| CAC | 2 | 04-5517 | Lucy Montag-Campbell v. Wyeth, et al. |
| CAC | 2 | 04-5518 | Charles Green v. Wyeth, et al. |
| CAC | 2 | 04-5519 | Emily Navarro v. Wyeth, et al. |
| CAC | 2 | 04-5520 | Elizabeth Chavez v. Wyeth, et al. |
| CAC | 2 | 04-5521 | Susan Stefanelli v. Wyeth, et al. |
| CAC | 2 | 04-5522 | Ginger Dean v. Wyeth, et al. |
| CAC | 2 | 04-5523 | Marion De Gryse v. Wyeth, et al. |
| CAC | 2 | 04-5524 | Nancy Creek v. Wyeth, et al. |
| CAC | 2 | 04-5525 | Deni Woodruff v. Wyeth, et al. |
| CAC | 2 | 04-5526 | Paula Davis v. Wyeth, et al. |
| CAC | 2 | 04-5527 | Michelle Zacharias v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| | | | |
|---|---|---|---|
| CAC | 2 | 04-5528 | Vikki Torres v. Wyeth, et al. |
| CAC | 2 | 04-5529 | Yvonne Kerr v. Wyeth, et al. |
| CAC | 2 | 04-5530 | Claire Barrett v. Wyeth, et al. |
| CAC | 2 | 04-5531 | Patrinella Gonzales v. Wyeth, et al. |
| CAC | 2 | 04-5532 | Cindy Buttress v. Wyeth, et al. |
| CAC | 2 | 04-5533 | Nettie Seibly v. Wyeth, et al. |
| CAC | 2 | 04-5534 | Louise Robledo v. Wyeth, et al. |
| CAC | 2 | 04-5535 | Beverly Dulaney v. Wyeth, et al. |
| CAC | 2 | 04-5536 | Chris Harnish v. Wyeth, et al. |
| CAC | 2 | 04-5537 | Cynthia Martinez v. Wyeth, et al. |
| CAC | 2 | 04-5538 | Renee Collins v. Wyeth, et al. |
| CAC | 2 | 04-5539 | Sally O'Connor v. Wyeth, et al. |
| CAC | 2 | 04-5540 | Abbey Pincock v. Wyeth, et al. |
| CAC | 2 | 04-5541 | Vicki Bland v. Wyeth, et al. |
| CAC | 2 | 04-5542 | Zuleikasusan Riebe v. Wyeth, et al. |
| CAC | 2 | 04-5545 | Lorena Thompkins v. Wyeth, et al. |
| CAC | 2 | 04-5546 | Cynthia Fernandez v. Wyeth, et al. |
| CAC | 2 | 04-5547 | Joe Blumenfeld v. Wyeth, et al. |
| CAC | 2 | 04-5548 | Betty Fitzpatrick v. Wyeth, et al. |
| CAC | 2 | 04-5549 | Debra Spellman v. Wyeth |
| CAC | 2 | 04-5551 | Anna Hernandez v. Wyeth, et al. |
| CAC | 2 | 04-5552 | Jeanne Orton v. Wyeth, et al. |
| CAC | 2 | 04-5554 | Beverly Sterling v. Wyeth, et al. |
| CAC | 2 | 04-5555 | Janice Noland v. Wyeth, et al. |
| CAC | 2 | 04-5556 | Keith Neuman v. Wyeth, et al. |
| CAC | 2 | 04-5557 | Carol Neuman v. Wyeth, et al. |
| CAC | 2 | 04-5558 | Catherine Condosta v. Wyeth, et al. |
| CAC | 2 | 04-5559 | Cherrie A. Flinn v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5561 | Dianna Vasta v. Wyeth, et al. |
| CAC | 2 | 04-5562 | Debbie Guilkey v. Wyeth, et al. |
| CAC | 2 | 04-5563 | Robert Alexander v. Wyeth, et al. |
| CAC | 2 | 04-5565 | Jennifer Hayes v. Wyeth, et al. |
| CAC | 2 | 04-5566 | Gina Fields v. Wyeth, et al. |
| CAC | 2 | 04-5567 | Blanca Lindsey v. Wyeth, et al. |
| CAC | 2 | 04-5568 | Cheryl Collins v. Wyeth, et al. |
| CAC | 2 | 04-5569 | Valerie Hauptman v. Wyeth, et al. |
| CAC | 2 | 04-5572 | Joan Lalonde v. Wyeth, et al. |
| CAC | 2 | 04-5574 | Lynn Lore v. Wyeth, et al. |
| CAC | 2 | 04-5575 | Betty Ford v. Wyeth, et al. |
| CAC | 2 | 04-5576 | Betty Gruehl v. Wyeth, et al. |
| CAC | 2 | 04-5577 | Natalie Allen v. Wyeth, et al. |
| CAC | 2 | 04-5578 | Ann Skoog v. Wyeth, et al. |
| CAC | 2 | 04-5582 | Jessie Van Hellen v. Wyeth, et al. |
| CAC | 2 | 04-5583 | Brenda Garcia v. Wyeth, et al. |
| CAC | 2 | 04-5584 | Alyson Bourland v. Wyeth, et al. |
| CAC | 2 | 04-5585 | Karen Bishop v. Wyeth, et al. |
| CAC | 2 | 04-5586 | Chante Carter v. Wyeth, et al. |
| CAC | 2 | 04-5589 | Rosemary Hommey, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5597 | Jana Lynn Tibbetts v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5598 | Robert Robinson, et al. v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5599 | Patrick Stone, et al. v. Wyeth, Inc., et al. |

SCANNED

SCHEDULE OF ACTIONS (CTO-129) - DOCKET NO. 1203          PAGE 9 OF 13

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5600 | Timothy Miller, et al. v. Wyeth, et al. |
| CAC | 2 | 04-5602 | Vince Rodgers v. Wyeth, et al. |
| CAC | 2 | 04-5605 | Debbie Williams v. Wyeth, et al. |
| CAC | 2 | 04-5606 | Betty Lane v. Wyeth, et al. |
| CAC | 2 | 04-5607 | Olivia Cook v. Wyeth, et al. |
| CAC | 2 | 04-5608 | Regina Du Pre Samamani v. Wyeth, et al. |
| CAC | 2 | 04-5609 | Terry Jackson v. Wyeth, et al. |
| CAC | 2 | 04-5610 | Deborah Olson v. Wyeth, et al. |
| CAC | 2 | 04-5611 | Lupe Tagle v. Wyeth, et al. |
| CAC | 2 | 04-5612 | Sarah Campbell v. Wyeth, et al. |
| CAC | 2 | 04-5613 | Kelly Carpenter v. Wyeth, et al. |
| CAC | 2 | 04-5614 | Gloria Madrid v. Wyeth, et al. |
| CAC | 2 | 04-5615 | Maria Ballinger v. Wyeth, et al. |
| CAC | 2 | 04-5616 | Michelle Petty v. Wyeth, et al. |
| CAC | 2 | 04-5617 | Jeannette Riddall v. Wyeth, et al. |
| CAC | 2 | 04-5618 | Gloria Rott v. Wyeth, et al. |
| CAC | 2 | 04-5619 | Patty Hockman v. Wyeth, et al. |
| CAC | 2 | 04-5620 | Iena Gomez v. Wyeth, et al. |
| CAC | 2 | 04-5621 | Zoey Hashemi v. Wyeth, et al. |
| CAC | 2 | 04-5622 | Diana Souresrafil v. Wyeth, et al. |
| CAC | 2 | 04-5623 | Jill Silver v. Wyeth, et al. |
| CAC | 2 | 04-5624 | Rosella Arnold v. Wyeth, et al. |
| CAC | 2 | 04-5625 | John Austin v. Wyeth, et al. |
| CAC | 2 | 04-5627 | Mary Ann Cain v. Wyeth, et al. |
| CAC | 2 | 04-5628 | Kathy Wagner-De Vries v. Wyeth, et al. |
| CAC | 2 | 04-5630 | Janet Orona v. Wyeth, et al. |
| CAC | 2 | 04-5631 | David Hoffman v. Wyeth, et al. |
| CAC | 2 | 04-5632 | Ray Acuna v. Wyeth, et al. |
| CAC | 2 | 04-5633 | Valerie Pfau v. Wyeth, et al. |
| CAC | 2 | 04-5634 | Ann Wilber v. Wyeth, et al. |
| CAC | 2 | 04-5635 | Debbie Reese v. Wyeth, et al. |
| CAC | 2 | 04-5636 | Blazenka Kiriakidis v. Wyeth, et al. |
| CAC | 2 | 04-5637 | Zelda Ragsdale v. Wyeth, et al. |
| CAC | 2 | 04-5638 | Suzanne Jordan v. Wyeth, et al. |
| CAC | 2 | 04-5639 | Diana Casey v. Wyeth, et al. |
| CAC | 2 | 04-5640 | Ronald Pollinger v. Wyeth, et al. |
| CAC | 2 | 04-5641 | Bernard Bradley v. Wyeth, et al. |
| CAC | 2 | 04-5642 | Denise simons v. Wyeth, et al. |
| CAC | 2 | 04-5643 | Marilou Rowe v. Wyeth, et al. |
| CAC | 2 | 04-5644 | Kenneth Neal v. Wyeth, et al. |
| CAC | 2 | 04-5645 | Linda Pulido v. Wyeth, et al. |
| CAC | 2 | 04-5698 | Fay Romero v. Wyeth, et al. |
| CAC | 2 | 04-5699 | Vanessa Bracamontes v. Wyeth, et al. |
| CAC | 2 | 04-5700 | Philip Rosenbum v. Wyeth, et al. |
| CAC | 2 | 04-5701 | Barbara Mundy v. Wyeth, et al. |
| CAC | 2 | 04-5702 | Catherine Brown v. Wyeth, et al. |
| CAC | 2 | 04-5703 | Jean-Areadia Jones v. Wyeth, et al. |
| CAC | 2 | 04-5704 | Rosemarie Roberts v. Wyeth, et al. |
| CAC | 2 | 04-5705 | Cynthia Cave v. Wyeth, et al. |
| CAC | 2 | 04-5706 | Yolanda Hilo v. Wyeth, et al. |
| CAC | 2 | 04-5707 | Sharon Abegglen v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5708 | Dale Steuer v. Wyeth, et al. |
| CAC | 2 | 04-5709 | Fred Singer v. Wyeth, et al. |
| CAC | 2 | 04-5710 | Joann Perpuly v. Wyeth, et al. |
| CAC | 2 | 04-5711 | Lori Sammis v. Wyeth, et al. |
| CAC | 2 | 04-5713 | Denise Morris v. Wyeth, et al. |
| CAC | 2 | 04-5714 | Craig McNey v. Wyeth, et al. |
| CAC | 2 | 04-5715 | Chris Wixon v. Wyeth, et al. |
| CAC | 2 | 04-5718 | Michael Pettibone v. Wyeth, et al. |
| CAC | 2 | 04-5719 | Martha Rojas v. Wyeth, et al. |
| CAC | 2 | 04-5720 | Aileen Manduley v. Wyeth, et al. |
| CAC | 2 | 04-5721 | Ann Rieger v. Wyeth, et al. |
| CAC | 2 | 04-5722 | Arlyn Veltre v. Wyeth, et al. |
| CAC | 2 | 04-5724 | Sue Magidow v. Wyeth, et al. |
| CAC | 2 | 04-5725 | Irene Rojas-Chey v. Wyeth, et al. |
| CAC | 2 | 04-5727 | Maria Rodrigues v. Wyeth, et al. |
| CAC | 2 | 04-5728 | Barbara Dik v. Wyeth, et al. |
| CAC | 2 | 04-5731 | Allen Ochoa v. Wyeth, et al. |
| CAC | 2 | 04-5732 | Kathleen York v. Wyeth, et al. |
| CAC | 2 | 04-5733 | Rebecca Rousso v. Wyeth, et al. |
| CAC | 2 | 04-5734 | Marcia Russell v. Wyeth, et al. |
| CAC | 2 | 04-5735 | Ladonna Tunison v. Wyeth, et al. |
| CAC | 2 | 04-5737 | Sherrill Rugg v. Wyeth, et al. |
| CAC | 2 | 04-5739 | Patti Hessman v. Wyeth |
| CAC | 2 | 04-5741 | Marilyn Bauer v. Wyeth, et al. |
| CAC | 2 | 04-5744 | Norma Ramierez v. Wyeth, et al. |
| CAC | 2 | 04-5745 | Rilla Mitchell v. Wyeth, et al. |
| CAC | 2 | 04-5746 | Sandra Roles v. Wyeth, et al. |
| CAC | 2 | 04-5747 | Maren Celeste Scott v. Wyeth, et al. |
| CAC | 2 | 04-5748 | Michelle Stevenson v. Wyeth, et al. |
| CAC | 2 | 04-5759 | Susan Tronaas v. Wyeth, et al. |
| CAC | 2 | 04-5760 | Karen Radtke v. Wyeth, et al. |
| CAC | 2 | 04-5761 | Linda Rector v. Wyeth, et al. |
| CAC | 2 | 04-5762 | Ronald Padilla v. Wyeth, et al. |
| CAC | 2 | 04-5763 | Bonita Russo v. Wyeth, et al. |
| CAC | 2 | 04-5764 | Joanne Pucci v. Wyeth, et al. |
| CAC | 2 | 04-5765 | Lynda Benson v. Wyeth, et al. |
| CAC | 2 | 04-5766 | Kathy Ramsey v. Wyeth, et al. |
| CAC | 2 | 04-5767 | Amy Shinedling v. Wyeth, et al. |
| CAC | 2 | 04-5768 | Diane Hastin v. Wyeth, et al. |
| CAC | 2 | 04-5769 | Julia Savoy v. Wyeth, et al. |
| CAC | 2 | 04-5771 | Erika J. Urban v. Wyeth, et al. |
| CAC | 2 | 04-5772 | Melodie Vincent v. Wyeth, et al. |
| CAC | 2 | 04-5773 | Debbie Welch v. Wyeth, et al. |
| CAC | 2 | 04-5774 | Patricia Yancey v. Wyeth, et al. |
| CAC | 2 | 04-5776 | Jane Popick v. Wyeth, et al. |
| CAC | 2 | 04-5777 | Jan Policy v. Wyeth, et al. |
| CAC | 2 | 04-5778 | Jean Pearce v. Wyeth, et al. |
| CAC | 2 | 04-5779 | Linda Smith v. Wyeth, et al. |
| CAC | 2 | 04-5780 | Melanie Torres v. Wyeth, et al. |
| CAC | 2 | 04-5781 | Lisa Northey v. Wyeth, et al. |
| CAC | 2 | 04-5782 | Gayla Trujillo v. Wyeth, et al. |

SCHEDULE OF ACTIONS (CTO-129) - DOCKET NO. 1203                    PAGE 11 OF 13

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5783 | Gail Vaccaro v. Wyeth, et al. |
| CAC | 2 | 04-5784 | Theresa Wirz v. Wyeth, et al. |
| CAC | 2 | 04-5785 | Florence Sauers v. Wyeth, et al. |
| CAC | 2 | 04-5786 | Sally Senestraro v. Wyeth, et al. |
| CAC | 2 | 04-5787 | Janice Payne v. Wyeth, et al. |
| CAC | 2 | 04-5788 | Joanne Keech v. Wyeth, et al. |
| CAC | 2 | 04-5789 | Diana Shelton v. Wyeth, et al. |
| CAC | 2 | 04-5790 | Roseann Neprud v. Wyeth, et al. |
| CAC | 2 | 04-5791 | Marilyn Rand v. Wyeth, et al. |
| CAC | 2 | 04-5792 | Rebecca Silva v. Wyeth, et al. |
| CAC | 2 | 04-5793 | Deanna Turnbeau v. Wyeth, et al. |
| CAC | 2 | 04-5794 | Theresa Alrabbah v. Wyeth |
| CAC | 2 | 04-5795 | Kristin Bennett v. Wyeth, et al. |
| CAC | 2 | 04-5796 | Cynthia Webster v. Wyeth, et al. |
| CAC | 2 | 04-5797 | Norma Profitt v. Wyeth, et al. |
| CAC | 2 | 04-5798 | Bonnie Doeren v. Wyeth, et al. |
| CAC | 2 | 04-5799 | Kim Politte v. Wyeth, et al. |
| CAC | 2 | 04-5800 | Terry Talley v. Wyeth, et al. |
| CAC | 2 | 04-5801 | Sylvia Ruiz v. Wyeth, et al. |
| CAC | 2 | 04-5803 | Kimberly Horton v. Wyeth, et al. |
| CAC | 2 | 04-5804 | Isaiah v. Wyeth, et al. |
| CAC | 2 | 04-5805 | Elizabeth Heady v. Wyeth, et al. |
| CAC | 2 | 04-5806 | Ann Holmes v. Wyeth, et al. |
| CAC | 2 | 04-5808 | Nancy Lumbrazo v. Wyeth, et al. |
| CAC | 2 | 04-5809 | Myrna Torrence-Washington v. Wyeth, et al. |
| CAC | 2 | 04-5810 | Isabella Kalbakian v. Wyeth, et al. |
| CAC | 2 | 04-5811 | Janet Gomez v. Wyeth, et al. |
| CAC | 2 | 04-5812 | Gloria Givens v. Wyeth, et al. |
| CAC | 2 | 04-5813 | Sandy Fletcher v. Wyeth, et al. |
| CAC | 2 | 04-5816 | Barbara Post v. Wyeth, et al. |
| CAC | 2 | 04-5818 | Deanne Fries v. Wyeth, et al. |
| CAC | 2 | 04-5819 | Pamela Stevens v. Wyeth, et al. |
| CAC | 2 | 04-5864 | Nicole L. Mclain v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5875 | Diane Hastin v. Wyeth, et al. |
| CAC | 2 | 04-5876 | Debbie Pew v. Wyeth, et al. |
| CAC | 2 | 04-5878 | Lonnie Anderegg v. Wyeth, et al. |
| CAC | 2 | 04-5879 | James Lawerence v. Wyeth |
| CAC | 2 | 04-5880 | Gwendolyn Richardson v. Wyeth, et al. |
| CAC | 2 | 04-5881 | Deborah Sutphen v. Wyeth, et al. |
| CAC | 2 | 04-5882 | Sharon Condee v. Wyeth, et al. |
| CAC | 2 | 04-5891 | Jose J. Gonzales, et al. v. Wyeth, et al. |
| CAC | 2 | 04-5897 | Sharon Wright v. Wyeth, et al. |
| CAC | 2 | 04-5906 | Cheryl Wirzbicki v. Wyeth, et al. |
| CAC | 2 | 04-5908 | Misty Bernal v. Wyeth, et al. |
| CAC | 2 | 04-5915 | Jeffrey Wallenbrock, et al. v. Wyeth, et al. |
| CAC | 2 | 04-5920 | Maria Guadalupe Verduzco v. Wyeth, et al. |
| CAC | 2 | 04-5921 | Jennifer Lynn Schempp v. Wyeth, Inc., et al. |
| CAC | 2 | 04-5923 | Lucy Cruz v. Wyeth, et al. |
| CAC | 2 | 04-5951 | Stephanie Corona v. Wyeth, et al. |
| CAC | 2 | 04-5952 | Cynthia Wallace v. Wyeth, et al. |
| CAC | 2 | 04-5953 | Cinthia Brookins v. Wyeth, et al. |

SCANNED

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-5954 | Michelle Gautschi v. Wyeth, et al. |
| CAC | 2 | 04-5955 | Evangelina Vega v. Wyeth |
| CAC | 2 | 04-5956 | Kimberly Crider v. Wyeth, et al. |
| CAC | 2 | 04-5957 | Jennifer Cummings v. Wyeth |
| CAC | 2 | 04-5959 | Emiko Arashiro v. Wyeth, et al. |
| CAC | 2 | 04-5960 | Moemi Nagaoka v. Wyeth, et al. |
| CAC | 2 | 04-5961 | Delois Armstrong v. Wyeth, et al. |
| CAC | 2 | 04-5962 | Barbara Ford v. Wyeth, et al. |
| CAC | 2 | 04-5965 | Colleen De Sandro v. Wyeth, et al. |
| CAC | 2 | 04-5966 | Cathy Smith v. Wyeth, et al. |
| CAC | 2 | 04-5967 | Vicki White v. Wyeth, et al. |
| CAC | 2 | 04-5969 | Lisa Wolfe v. Wyeth |
| CAC | 2 | 04-5970 | Annette Wharry v. Wyeth, et al. |
| CAC | 2 | 04-5971 | Gary Moore v. Wyeth |
| CAC | 2 | 04-5972 | Joel McCraw v. Wyeth |
| CAC | 2 | 04-5973 | Michelle Lynch v. Wyeth, et al. |
| CAC | 2 | 04-5974 | Marcia Patrick v. Wyeth, et al. |
| CAC | 2 | 04-5981 | Cynthia Puente v. Wyeth, et al. |
| CAC | 2 | 04-5982 | Leticia Sandoval v. Wyeth, et al. |
| CAC | 2 | 04-5983 | Annette Regent v. Wyeth, et al. |
| CAC | 2 | 04-5984 | Francine Smiderly-Lollar v. Wyeth |
| CAC | 2 | 04-5986 | Tammy Walker v. Wyeth, et al. |
| CAC | 2 | 04-5989 | Elizabeth Elias v. Wyeth, et al. |
| CAC | 2 | 04-5990 | Nancy Katris v. Wyeth, et al. |
| CAC | 2 | 04-5991 | Pat Erickson v. Wyeth, et al. |
| CAC | 2 | 04-5992 | Tammy Green v. Wyeth, et al. |
| CAC | 2 | 04-5993 | Tonia Washington v. Wyeth, et al. |
| CAC | 2 | 04-5998 | Myron Chlavin v. Wyeth, et al. |
| CAC | 2 | 04-5999 | Jack Carliske v. Wyeth, et al. |
| CAC | 2 | 04-6000 | Mary Gillion v. Wyeth, et al. |
| CAC | 2 | 04-6001 | Yolanda Werts v. Wyeth, et al. |
| CAC | 2 | 04-6002 | Mary Toiney v. Wyeth |
| CAC | 2 | 04-6008 | Istvan Szonyi v. Wyeth, et al. |
| CAC | 2 | 04-6026 | Sandra Johnson v. Wyeth, et al. |
| CAC | 2 | 04-6027 | Robert Cuellar v. Wyeth, et al. |
| CAC | 2 | 04-6028 | Janis Keppler v. Wyeth, et al. |
| CAC | 2 | 04-6030 | Nickole Gonzalez v. Wyeth, et al. |
| CAC | 2 | 04-6032 | Sandra Gray v. Wyeth, et al. |
| CAC | 2 | 04-6035 | Felicia Crawford v. Wyeth, et al. |
| CAC | 2 | 04-6040 | Bonnie Sullings v. Wyeth, et al. |
| CAC | 2 | 04-6041 | Brenda Long v. Wyeth, et al. |
| CAC | 2 | 04-6042 | Mary Stewart v. Wyeth, et al. |
| CAC | 2 | 04-6043 | Flordeliz Marsh v. Wyeth, et al. |
| CAC | 2 | 04-6047 | Patricia Larsen v. Wyeth, et al. |
| CAC | 2 | 04-6051 | Nicole Stephens v. Wyeth, et al. |
| CAC | 2 | 04-6052 | Ann Louise Weimer v. Wyeth, et al. |
| CAC | 2 | 04-6053 | Mary Barton v. Wyeth, et al. |
| CAC | 2 | 04-6054 | Rosie Robinson v. Wyeth |
| CAC | 2 | 04-6055 | Leoti Hemming v. Wyeth, et al. |
| CAC | 2 | 04-6061 | Pervaiz Siraj v. Wyeth, et al. |
| CAC | 2 | 04-6062 | Patricia Pyle v. Wyeth, et al. |

DISTRICT DIV. C.A.#

| District | Div. | C.A.# | Case |
|---|---|---|---|
| CAC | 2 | 04-6063 | Robin Trussell v. Wyeth, et al. |
| CAC | 2 | 04-6064 | Betty Swan v. Wyeth, et al. |
| CAC | 2 | 04-6068 | Carmen Mendez v. Wyeth, et al. |
| CAC | 2 | 04-6069 | Dolores Flores v. Wyeth, et al. |
| CAC | 2 | 04-6070 | Nancy Miller v. Wyeth, et al. |
| CAC | 2 | 04-6079 | Anna Pacheco v. Wyeth, et al. |
| CAC | 2 | 04-6080 | Linda Tafoya v. Wyeth, et al. |
| CAC | 2 | 04-6083 | Mary Garcia v. Wyeth, et al. |
| CAC | 2 | 04-6084 | Jesusita Swick v. Wyeth, et al. |
| CAC | 2 | 04-6087 | Brooks Martinez v. Wyeth, et al. |
| CAC | 2 | 04-6089 | Sally Montoya v. Wyeth, et al. |
| CAC | 2 | 04-6091 | Veva Lackey v. Wyeth, et al. |
| CAC | 2 | 04-6093 | Eugene Ramos v. Wyeth, et al. |
| CAC | 2 | 04-6094 | Linda Whitfield v. Wyeth, et al. |
| CAC | 2 | 04-6095 | Shawanda Smith v. Wyeth, et al. |
| CAC | 2 | 04-6096 | Leone Torromeo v. Wyeth, et al. |
| CAC | 2 | 04-6097 | Earline Strong v. Wyeth, et al. |
| CAC | 2 | 04-6099 | Carmen Ortega v. Wyeth, et al. |
| CAC | 2 | 04-6100 | Maxine Sprague v. Wyeth, et al. |

SCANNED

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

October 15, 2004

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

Sherri R. Carter
District Clerk
G-8 U.S. Courthouse
312 North Spring St.
Los Angeles, CA  90012

Re:  Diet Drugs MDL 1203
**SEE ATTACHED LIST**

Dear Clerk:

Enclosed is a certified copy (or copies) of an order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action (s) to this district under 28 U.S.C. Section 1407.

**Panel Rule 19(a) has been suspended in this litigation. Please provide only a certified copy of the docket entries and a certified copy of the complaint together with any amendments to the complaint.**

DO NOT FORWARD THE ORIGINAL RECORD(S).  (See Pretrial Order #2 enclosed)

Should you have any questions regarding this request, please call me at the number listed above.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: Sharon Carter
MDL Coordinator

enc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JAN -9 1998
MICHAEL E. KUNZ, Clerk
By /s/ _____ Dep. Clerk

IN RE: DIET DRUGS (PHENTERMINE/ :
FENFLURAMINE/DEXFENFLURAMINE :
PRODUCTS LIABILITY LITIGATION) :
_____ : MDL DOCKET NO. 1203
:
THIS DOCUMENT RELATES TO ALL :
ACTIONS :

### PRETRIAL ORDER #2

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

> Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court **only** a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

_____
LOUIS C. BECHTLE, J.